Kevin T. Cauley, Esq. (Bar #105082)
Jeffrey M. Temple, Esq. (Bar #217144)
SCHWARTZ SEMERDJIAN HAILE BALLARD & CAULEY, LLP
101 W. Broadway, Suite 810
San Diego, California 92101
619-236-8821

# UNITED STATES DISTRICT COURT
## DISTRICT OF CALIFORNIA

JOHN THOMPSON

v.

HOME DEPOT, INC. (With Prejudice)

Plaintiff(s)

Defendant(s)

CASE NUMBER:  Case No. 07 CV 1058 IEG (WM)

## NOTICE OF DISMISSAL BY PLAINTIFF
### Rule 41(a)(1) F.R.Civ.P.

**PLEASE TAKE NOTICE:**

☐  The above-entitled action is

   *or*

☒  Defendant(s) HOME DEPOT, INC. (With Prejudice)

are

hereby dismissed by the plaintiff(s), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: Septmber 9, 2008

Plaintiff / Attorney for Plaintiff

Jeffrey M. Temple

THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE
BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION
FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

NOTICE OF DISMISSAL BY PLAINTIFF
(Rule 41(a)(1), F.R.Civ.P.)

CV-09 (01/01)

CCD-9