# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN THOMPSON,<br><br>                    Plaintiff,<br>   vs.<br><br>HOME DEPOT, INC.,<br><br>                    Defendant. | CASE NO. 07-cv-1058 IEG (WMc)<br><br>ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE<br><br>(Doc. No. 21.) |

Presently before the Court is plaintiff John Thompson's motion to dismiss this case with prejudice. Defendant does not oppose the motion. For good cause appearing, the Court hereby DISMISSES the case WITH PREJUDICE.

**IT IS SO ORDERED.**

**DATED: September 23, 2008**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

- 1 -

07cv1058